# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROGER LYNN GEIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-14-602-M ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four with Brief, filed February 4, 2015. Upon review of defendant's unopposed motion, the Court GRANTS defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four [docket no. 17]. This social security appeal is remanded to the agency for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 6th day of February, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE